UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| SANDRA L. SIKORSKI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 14 C 50041 ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) Judge Frederick J. Kapala ) ) |
| Defendant. | ) ) |

**AGREED MOTION TO REINSTATE THE
CASE AND FOR ENTRY OF FINAL JUDGMENT**

The Defendant, Commissioner of Social Security, moves to reinstate this case and enter final judgment in favor of Plaintiff Sandra L. Sikorski, as remand proceedings have been completed under sentence six of 42 U.S.C. § 405(g).

On May 16, 2015, the Commissioner requested that the court remand this case pursuant to sentence six of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). Defendant sought remand for good cause because the Office of Disability Adjudication and Review determined that Plaintiff's administrative hearing could not be transcribed as significant portions of the recording were inaudible. Docket No. 8. This Court remanded Plaintiff's claim under sentence six on May 27, 2014.[1] Docket No. 9. After remand a new hearing was held and the Administrative Law Judge issued a new, fully favorable decision on April 1, 2015, a copy of which is attached.

The Commissioner now moves this Court to reinstate this case and enter final judgment in favor of Plaintiff. *See* sentence six of 42 U.S.C. § 405(g) ("The court may . . . remand the case to the Commissioner of Social Security for further action by the Commissioner of Social

---
[1] Order entered May 22, 2014, and filed May 27, 2014.

Security, and it may at any time order additional evidence to be taken before the Commissioner of Social Security . . . and the Commissioner of Social Security shall, after the case is remanded, and after hearing such additional evidence if so ordered, modify or affirm the Commissioner's findings of fact or the Commissioner's decision, or both, and shall file with the court any such additional and modified findings of fact and decision . . . ."); *Melkonyan v. Sullivan*, 111 S. Ct. 2157, 2163 (1991) ("The statute provides that following a sentence six remand, the Secretary must return to the district court to 'file with the court any such additional or modified findings of fact and decision, and a transcript of the additional record and testimony upon which his action in modifying or affirming was based. 42 U.S.C. § 405(g).").

WHEREFORE, the parties request that the court reinstate Plaintiff's case and enter final judgment in Plaintiff's favor affirming the administrative law judge's decision.[2]

                                              Respectfully submitted,

                                              ZACHARY T. FARDON
                                              United States Attorney

                                              By: s/ Monica V. Mallory
                                                  MONICA V. MALLORY
                                                  United States Attorney's Office
                                                  327 South Church Street, Suite 3300
                                                  Rockford, IL 61101
                                                  (815) 987-4444 / Fax (815) 987-4236
                                                  monica.mallory@usdoj.gov

Of Counsel:
KATHRYN CALDWELL
Acting Regional Chief Counsel
Social Security Administration

ANDREW NELTNER
Special Assistant United States Attorney
Office of the Regional Chief Counsel
200 West Adams Street, Suite 3000
Chicago, Illinois 60606

---

[2] Plaintiff's counsel has reviewed and agreed to this motion.